NO.
12-07-00245-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

§          APPEAL
FROM THE 4TH

IN RE: RUSK ENERGY, LTD.,

RELATOR     §          JUDICIAL
DISTRICT COURT OF

 

§          RUSK
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

            On January
31, 2008, this court delivered an opinion conditionally granting the petition
for writ of mandamus filed by Rusk Energy, Ltd. as relator.  That opinion ordered Respondent, the
Honorable Clay Gossett, Judge of the 4th Judicial District Court of Rusk
County, Texas, to vacate the portion of his order dated December 15, 2006
requiring a $100,000 bond from Rusk and enter an order directing the district
clerk to release the deposited funds to Rusk. 
On February 12, 2008, Respondent signed an order complying with this
court’s order and opinion of January 31, 2008.

            All issues
attendant to this original proceeding having been disposed of, this mandamus
proceeding has now been rendered moot; therefore, the writ need not issue.  Accordingly, this original proceeding is dismissed.

                                                                                                     SAM GRIFFITH    

                                                                                                              Justice

 

Opinion delivered February
13, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

(PUBLISH)